1  WENDY MEDURA KRINCEK, ESQ., Bar # 6417
   JAMIE CHU, ESQ., Bar # 10546
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:     702.862.8800
   Fax No.:        702.862.8811
5
   Attorneys for Defendant
6  VALLEY HEATH SYSTEM, LLC,
   d/b/a SPRING VALLEY HOSPITAL MEDICAL CENTER
7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10

11 | NSEDU ONYILE,
12 |           Plaintiff,                    | Case No. 2:13-CV-00127-APG-GWF
13 | vs.                                     | **STIPULATION AND ORDER TO DISMISS THE ENTIRE CASE WITH PREJUDICE**
14 | VALLEY HEALTH SYSTEM, LLC d/b/a SPRING VALLEY HOSPITAL
15 | MEDICAL CENTER, a Nevada corporation;  DOES I-X and ROE
16 | ENTITIES I-X, inclusive,
17 |           Defendant.

18

19     Plaintiff Nsedu Onyile ("Plaintiff") and Defendant Valley Health System, LLC, d/b/a Spring
20 Valley Hospital Medical Center ("Defendant"), by and through their attorneys of record hereby
21 stipulate and respectfully request an order dismissing the entire action with prejudice.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1  Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and
2  Order.

4  Dated: July /0, 2013                               Dated: July 10, 2013
5  Respectfully submitted,                            Respectfully submitted,

7  _____                     _____
   JOHN PETER LEE, ESQ.                               WENDY MEDURA KRINCEK, ESQ.
8  MICHEAL J. BROCK, ESQ.                             JAMIE CHU, ESQ.
   JOHN PETER LEE, LTD.                               LITTLER MENDELSON, P.C.

   Attorneys for Plaintiff                            Attorneys for Defendant
10 NSEDU ONYILE                                       VALLEY HEATH SYSTEM, LLC, d/b/a
                                                      SPRING VALLEY HOSPITAL MEDICAL
11                                                    CENTER

13                                                    **IT IS SO ORDERD.**

14                                                    Dated this 10th day of July, 2013.

16                                                    _____
                                                      UNITED STATES DISTRICT JUDGE

18 Firmwide:120904131.1 069080.1033

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800