1  WENDY MEDURA KRINCEK, ESQ., Bar # 6417
   JAMIE CHU, ESQ., Bar # 10546
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:      702.862.8811
5
   Attorneys for Defendant
6  VALLEY HEATH SYSTEM, LLC,
   d/b/a SPRING VALLEY HOSPITAL MEDICAL CENTER
7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10

11 NSEDU ONYILE,

12          Plaintiff,                    Case No. 2:13-CV-00127-APG-GWF

13 vs.                                    **STIPULATION AND ORDER TO DISMISS THE ENTIRE CASE WITH PREJUDICE**

14 VALLEY HEALTH SYSTEM, LLC d/b/a
   SPRING VALLEY HOSPITAL
15 MEDICAL CENTER, a Nevada
   corporation;  DOES I-X and ROE
16 ENTITIES I-X, inclusive,

17          Defendant.

18

19      Plaintiff Nsedu Onyile ("Plaintiff") and Defendant Valley Health System, LLC, d/b/a Spring

20 Valley Hospital Medical Center ("Defendant"), by and through their attorneys of record hereby

21 stipulate and respectfully request an order dismissing the entire action with prejudice.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1   Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and
2   Order.

4   Dated: July /0 , 2013

5   Respectfully submitted,

7   _____
    JOHN PETER LEE, ESQ.
8   MICHEAL J. BROCK, ESQ.
    JOHN PETER LEE, LTD.

10  Attorneys for Plaintiff
    NSEDU ONYILE

Dated: July 10 , 2013

Respectfully submitted,

_____
WENDY MEDURA KRINCEK, ESQ.
JAMIE CHU, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
VALLEY HEATH SYSTEM, LLC, d/b/a
SPRING VALLEY HOSPITAL MEDICAL
CENTER

**IT IS SO ORDERD.**

Dated this **10th day of July, 2013.**

_____
UNITED STATES DISTRICT JUDGE

18  Firmwide:120904131.1 069080.1033

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.